UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and ENVIRONMENT MARYLAND, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 09-02322 |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) | Hon. Ricardo M. Urbina |
| Defendant. | ) ) | |

JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 2, 2010, the Parties jointly report as follows regarding their ongoing settlement negotiations:

1.  On January 5, 2010, Plaintiffs Environmental Integrity Project and Environment Maryland served a Complaint on the U.S. Attorney for the District of Columbia alleging, inter alia, that EPA failed to fulfill a nondiscretionary duty under Clean Air Act section 505(c), 42 U.S.C. § 7661d(c), to respond to an administrative petition seeking objections to a proposed Title V operating permit issued by the Maryland Department of the Environment for a pulp and paper mill located in Luke, Maryland.

2.  The Parties have engaged in ongoing and fruitful settlement negotiations since March 2010 (see Docket No. 9), and are actively negotiating the terms of a proposed settlement agreement that would address all claims asserted in this matter.

3.       Although the Parties have worked diligently, they do not expect to complete their negotiations by May 3, 2010.  Moreover, before the United States can enter a proposed settlement agreement, the settlement agreement must be reviewed and approved by officials within the EPA and the Department of Justice with settlement authority.  Clean Air Act section 113(g), 42 U.S.C. § 7413(g), also requires that EPA provide notice of a proposed settlement agreement in the Federal Register and a 30-day opportunity for the public to submit comments.  The Administrator of the EPA and the Attorney General then must consider those comments to ensure that a proposed settlement agreement's terms are appropriate and consistent with the requirements of the Clean Air Act before making a final determination whether or not to proceed.

4.       For all of these reasons, the Parties anticipate that they will move for an extension of the current stay of litigation on or before its expiration on May 3, 2010.

                                                Respectfully submitted,

Dated: April 30, 2010                   /s/ Jennifer Peterson
                                             JENNIFER PETERSON
                                             Environmental Integrity Project
                                             1920 L Street, NW Suite 800
                                             Washington, DC 20036
                                             Phone: 202-263-4449
                                             Fax: 202-296-8822
                                             Email: Jpeterson@environmentalintegrity.org

                                             Counsel for Plaintiffs

Dated:  April 30, 2010

   /s/ Heather E. Gange
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Tel: 202.514.4206
Fax: 202.514.8865
Email: Heather.Gange@usdoj.gov

Counsel for Defendant

Of Counsel:

Leslie Darman
US Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2355A
Washington, D.C.  20460
Tel:  202.564.5452
Fax:  202.564.5477
Email: Darman.Leslie@epa.gov

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY ) <br> PROJECT and ENVIRONMENT ) <br> MARYLAND, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> LISA JACKSON, in her official capacity ) <br> as Administrator of the United States ) <br> Environmental Protection Agency, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 09-02322 <br><br> Hon. Ricardo M. Urbina |

CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this day 30th of April 2010, I electronically filed the foregoing Joint Status Report through the CM/ECF system which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jennifer S. Peterson, jpeterson@environmentalintegrity.org

/s/ Heather E. Gange
Heather E. Gange

4