UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and ENVIRONMENT MARYLAND, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 09-02322 |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) ) | Hon. Ricardo M. Urbina |
| Defendant. | ) ) | |

THIRD JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 3, 2010, the Parties jointly report as follows regarding their ongoing settlement negotiations:

1. On January 5, 2010, Plaintiffs Environmental Integrity Project and Environment Maryland served a Complaint on the U.S. Attorney for the District of Columbia alleging, inter alia, that EPA failed to fulfill a nondiscretionary duty under Clean Air Act section 505(c), 42 U.S.C. § 7661d(c), to respond to an administrative petition seeking objections to a proposed Title V operating permit issued by the Maryland Department of the Environment for a pulp and paper mill located in Luke, Maryland.

2. The Parties have engaged in settlement negotiations since March 2010, and are actively negotiating the terms of a proposed settlement agreement that would address all claims

1

asserted in this matter. Once those negotiations are concluded, but before the United States can enter into a proposed settlement agreement, it must be reviewed and approved by officials within the EPA and the Department of Justice with settlement authority. Clean Air Act section 113(g), 42 U.S.C. § 7413(g), also requires that EPA provide notice of a proposed settlement agreement in the Federal Register and an opportunity for the public to submit comments. The Administrator of the EPA and the Attorney General then must consider those comments to ensure that a proposed settlement agreement's terms are appropriate and consistent with the requirements of the Clean Air Act before making a final determination whether or not to proceed.

3. In accordance with the Court's Minute Order of May 3, 2010, the Parties will continue to submit joint status reports on the first business day of every other month until a final settlement is reached or they report that their negotiations ultimately were not successful.

                                                     Respectfully submitted,

Dated: June 30, 2010                       /s/ Jennifer Peterson (HEG by permission)
                                              JENNIFER PETERSON
                                              Environmental Integrity Project
                                              1920 L Street, NW Suite 800
                                              Washington, DC 20036
                                              Phone: 202-263-4449
                                              Fax: 202-296-8822
                                              Email: Jpeterson@environmentalintegrity.org

                                              Counsel for Plaintiffs

Dated: June 30, 2010              /s/ Heather E. Gange
                                 HEATHER E. GANGE
                                 U.S. Department of Justice
                                 Environment & Natural Resources Division
                                 Environmental Defense Section
                                 P.O. Box 23986
                                 Washington, DC 20026-3986
                                 Tel. 202.514.4206
                                 Fax. 202.514.8865
                                 Heather.Gange@usdoj.gov

                                 Counsel for Defendant

Of Counsel:

Leslie Darman
US Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Mail Code 2355A
Washington, D.C.  20460
Tel.  202.564.5452
Fax.  202.564.5477
Darman.Leslie@epa.gov

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and ENVIRONMENT MARYLAND, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 09-02322 |
| LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, | ) ) ) ) | Hon. Ricardo M. Urbina |
| Defendant. | ) ) ) | |

CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 30th day of June 2010, I electronically filed the foregoing Third Joint Status Report through the CM/ECF system which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jennifer S. Peterson, jpeterson@environmentalintegrity.org

                                       __/s/ Heather E. Gange_____
                                       Heather E. Gange